UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                      -against-

                                                                                    **19 Mag. 10593**

Christopher Pabey

                                     Defendant(s).
-------------------------------------------------------------------X

Defendant Christopher Pabey hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer


_/s/ Christopher Pabey by Clay Kaminsky　　　　　_/s/ Clay Kaminsky
Defendant's Signature　　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Christopher Pabey　　　　　　　　　　　　　　_Clay Kaminsky
Print Defendant's Name　　　　　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

14 August 2020　　　　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge