# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Dkt. No. _____     Date _____

    USAO No. _____

The Government respectfully requests the Court to dismiss without prejudice the

_____Complaint    _____Removal Proceedings in

*United States v.* _____

The Complaint/Rule 40 Affidavit was filed on  _____

_____*U.S. Marshals please withdraw warrant*

                                      _____
                                      ASSISTANT UNITED STATES ATTORNEY

                                      _____
**SO ORDERED:**                           (Print name)

DATE:_____

                                      _____
                                        UNITED STATES MAGISTRATE JUDGE